```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


SCOTT N. JOHNSON,                    No. 2:12-cv-00903-MCE-JFM

         Plaintiff,

    v.                               NON-RELATED CASE ORDER

SHAKEEL AHMAD, et al.,

         Defendants.
_____/
ROBERT KALANI,

         Plaintiff,                  No. 2:13-cv-00901-KJM-KJN

    v.

HARBOR FREIGHT TOOLS USA,
INC., et al.,

         Defendants.
_____/
```

The court has received the Notice of Related Cases concerning the above-captioned cases filed June 20, 2013. <u>See</u> Local Rule 123, E.D. Cal. (1997). The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

1

This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

Date: June 25, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT